UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ARLINTHIA WHITE, Individually and as Personal Representative of the Estate of Derrick Ford, Deceased,<br><br>    Plaintiffs,<br><br>-vs-<br><br>MARK GERARDOT, in his Individual Capacity,<br><br>    Defendant. | Case No. 1:05-CV-0382<br><br>Mag. Judge Robert B. Cosbey |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE PORTIONS OF OPINIONS OF DARRELL L. ROSS, PH.D.**

NOW COMES the Plaintiff, ARLINTHIA WHITE, Individually and as Personal Representative of the Estate of Derrick Ford, Deceased, by and through her attorneys, FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX, P.C., and respectfully requests that this Honorable Court to preclude the Defendant from offering portions of the opinion of Darrell L. Ross, Ph.D. that are not supported by the evidence, that constitute a legal conclusion, that are not relevant and that invade the province of the jury.

This motion is based on this document, the attached memorandum of law, the papers and records on file in this action, as well as whatever argument and evidence may be presented at the hearing on this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court respectfully requests that this Court enter an Order precluding the Defendant from offering portions of the opinion of Darrell L. Ross, Ph.D. that are not supported by the evidence, that constitute a legal conclusion, that are not relevant and that invade the province of the jury.

Respectfully submitted,

s/Robert M. Giroux, Jr.
Robert M. Giroux, Jr.
Fieger, Fieger, Kenney, Johnson & Giroux, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
Phone: (248) 355-5555
Fax: (248) 355-5148

Dated: October 1, 2008

## Certificate of Service

I hereby certify that on October 1, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Robert M. Giroux, Jr.
Robert M. Giroux, Jr. (P-47966)
Fieger, Fieger, Kenney, Johnson & Giroux, P.C.
19390 West Ten Mile Road
Southfield, MI   48075
(248) 355-5555